**AFFIRM; and Opinion Filed July 28, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01334-CR
No. 05-13-01335-CR
No. 05-13-01336-CR

**SHIRLEY ANN ALFARO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-62799-W, F10-62800-W, F10-62801-W**

# MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Lang-Miers

Shirley Ann Alfaro appeals following the revocation of her community supervision in three intoxication assault cases. *See* TEX. PENAL CODE ANN. § 49.07(a)(1) (West 2011). After revoking appellant's community supervision, the trial court assessed punishment at ten years' imprisonment in each case. On appeal, appellant's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d

807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of her right to file a pro se response, but she did not file a pro se response. *See Kelly v. State*, 2014 WL 2865901 (Tex. Crim. App. June 25, 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments revoking community supervision.


/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

131334F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SHIRLEY ANN ALFARO, Appellant

No. 05-13-01334-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the 363rd Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F10-62799-W).
Opinion delivered by Justice Lang-Miers,
Justices Bridges and Francis participating.

Based on the Court's opinion of this date, the trial court's judgment revoking community supervision is **AFFIRMED**.

Judgment entered July 28, 2014.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SHIRLEY ANN ALFARO, Appellant

No. 05-13-01335-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 363rd Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F10-62800-W).
Opinion delivered by Justice Lang-Miers,
Justices Bridges and Francis participating.


Based on the Court's opinion of this date, the trial court's judgment revoking community supervision is **AFFIRMED**.


Judgment entered July 28, 2014.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SHIRLEY ANN ALFARO, Appellant

No. 05-13-01336-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 363rd Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F10-62801-W).
Opinion delivered by Justice Lang-Miers,
Justices Bridges and Francis participating.

      Based on the Court's opinion of this date, the trial court's judgment revoking community supervision is **AFFIRMED**.

      Judgment entered July 28, 2014.